UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MATTHEW LEO JACKSON FAISON, CASE NO. 23-21210-CIV-DIMITROULEAS

Petitioner,

vs.

RICKY DIXON, Sec'y, Florida D.O.C.,

Respondent.
_______________________________________/

**SANCTIONS ORDER**

THIS CAUSE is before the Court upon the Court's March 31, 2023 Order to Show Cause [DE-3] on *pro se* Petitioner Matthew Leo Jackson Faison's March 21, 2023 Petition for Writ of Habeas Corpus [DE-1]. In it, he challenges the constitutionality of his convictions and sentence in Miami Dade County, Case No. F79-013113. The Court reviewed the Petition, the record in this case, the applicable law, and was otherwise fully advised. On March 31, 2023, the Petition was dismissed for lack of subject matter jurisdiction and Faison was ordered to show cause why he should not be sanctioned as a vexatious habeas litigant.

Petitioner first filed a § 2254 petition for writ of habeas corpus that was dismissed as time barred in 2001. *See Faison v. Seimoney*, No. 01-04129-cv-Middlebrooks (S.D. Fla. Jan. 15, 2002).[1] ECF No. [17]. He subsequently filed additional § 2254 petitions[2] that were dismissed as unauthorized successive petitions. *See Faison v. Warden,* No. 21-cv-24078-Bloom (S.D. Fla. Dec. 29, 2021), ECF No. [4] (dismissing habeas petition for lack of jurisdiction): *Faison v. Fla., Dept. of Corr., No. 21-cv-22157-Cannon* (S.D. Fla. June 11, 2021), ECF No. [3] (same); *Faison*

---

[1] Originally filed in the Middle District of Florida.
[2] See also, 11-23252CV, 23-23781CV, 20-23476CV (originally filed in the Northern District of Florida)

*v. Inch,* No. 20-cv-20476-Ungaro (S.D. Fla. Mar. 12, 2020), ECF No. [9] (same); *Faison v. Inch,* No. 19-21562-cv-Ungaro (S.D. Fla. Oct. 7, 2019), ECF No. [7] at 2 (collecting cases). The Eleventh Circuit has also denied his numerous requests to file a successive petition on: August 6, 2020 (20-12721); on June 21, 2021 (21-11994); On August 9, 2021 (21-12383); on December 14, 2021 (21-14110); on February 2, 2022 (22-10241); on August 5, 2022 (22-12159); on December 21, 2022 (22-14112); and on March 10, 2023 (23-10652). *See also, Faison v. Inch,* 806 Fed. Appx. 938 (11th Cir. 2020); *Faison v. U.S. Probation*, no. 20-14822 (11th Cir. June 2021) (dismissing case as frivolous). On a non-habeas case, Judge Altonaga labeled Faison as a restricted filer on July 25, 2022 [DE-5 in 22-22298].

On March 31, 2023, this Court found that Faison's frivolous habeas filings are frustrating this Court's responsibility to allocate resources in a way that promotes the interest of justice. *See, Shivers v. U.S.*, 427 Fed. Appx. 697 (11th Cir. 2011). Consequently, Faison was ordered to show cause on or before May 1, 2023 why he should not be deemed a vexatious litigant and have sanctions imposed against him, including but not limited to, eliminating his ability to file successive habeas petitions in this court, involving his 297 year sentence in Miami Dade County case F79-13113, without being signed by a lawyer admitted to practice before this Court. He was warned that a failure to respond would result in that sanction.[3] On April 26, 2023, Faison filed a response. [DE-21]. No good cause has been shown to prevent the sanction.

Having considered the Petition, the record and being fully advised, it is hereby

ORDERED AND ADJUDGED that:

1. Faison is declared a vexatious litigant.

[3] This Court has no jurisdiction to impose a similar sanction barring his ability to seek permission to file a successive petition in the appellate court.

2. The Clerk shall accept no habeas petitions involving Miami Dade Case No. F79-013113 unless signed by a member of this court.

3. The Clerk is directed to close this case.

4. The Clerk shall mail a copy of this order to Petitioner.

5. Any rejected habeas petitions shall be kept by the clerk of court in a miscellaneous file for possible review by the undersigned. This order should be the first entry in that new miscellaneous file.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Matthew Leo Jackson Faison, #038634
Wakulla Corr. Inst.
Inmate Mail/Parcels
110 Melaleuca Drive
Crawfordville, FL 32327

Noticing 2254 SAG Miami Dade/Monroe
Email: CrimAppMia@MyFloridaLegal.com

Clerk of Court